July 1, 1993

 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 93-1120 

 CHARLES MERRILL MOUNT,

 Plaintiff, Appellant,

 v.

 UNITED STATES OF AMERICA,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Rya W. Zobel, U.S. District Judge]
 

 

 Before

 Breyer, Chief Judge,
 
 Selya and Stahl, Circuit Judges.
 

 

Charles Merrill Mount on brief pro so.
 
A. John Pappalardo, United States Attorney, and Tobin N. Harvey,
 
Assistant United States Attorney, on Memorandum in Support of Motion
for Summary Disposition for appellee.

 

 

 Per Curiam. In this most recent challenge to his
 

1988 conviction for interstate transportation of stolen

property (one of a series of such challenges he has brought

pursuant to 28 U.S.C. 2255), petitioner alleges that the

evidence was insufficient to support the jury's finding of

guilt. In particular, he contends that the testimony of two

government witnesses was unworthy of credence. In our

decision on direct appeal, we discussed such testimony at

some length and found that the jury was justified in relying

thereon. See United States v. Mount, 896 F.2d 612, 616-20
 

(1st Cir. 1990). The arguments now advanced by petitioner,

even if not procedurally barred, provide no basis for

revisiting this issue.

 Affirmed.